**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA and THE
STATE OF NEW YORK *ex rel.* Ramón Pagán, Elias
Ortega, and Freddie Rivera, and
RAMÓN PAGÁN, individually,

Plaintiffs,

v.

THE CHILDREN'S VILLAGE, INC.,

Defendant.

**FILED UNDER SEAL**

23 Civ. 2703 (NSR)

**ORDER**

The United States of America having now declined to intervene pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the Complaint filed by the relators in the above-captioned action, and the State of New York having also declined to intervene;

IT IS ORDERED THAT,

1.     The Complaint shall be unsealed thirty days after entry of this Order and, in the event that the relators have not moved to dismiss this action, service upon the defendant by the relators is authorized as of that date. If the relators voluntarily dismiss the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relators may seek to modify this Order with the consent of the United States and the State of New York or by motion on notice to the United States and the State of New York.

2.     All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the Complaint, this Order, and the Government's Notice of Decision to Decline Intervention and the State of New

York's analogous Notice of Election to Decline to Intervene (collectively, "Notices"). The Notices shall be served by the relators upon the defendant only after service of the Complaint.

3.      Upon the unsealing of the Complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

4.      The parties shall serve all pleadings, motions, and notices of appeal filed in this matter, including supporting memoranda, upon the United States and the State of New York. The United States and the State of New York may order any transcripts of depositions. The United States and the State of New York may seek to intervene with respect to the allegations in the relators' complaint, for good cause, at any time, or may seek dismissal of this action after intervention.

5.      All further orders of this Court in this matter shall be sent to the United States and the State of New York by the relators.

6.      Should the relators propose that this action or any of its allegations be dismissed, settled or otherwise discontinued, the relators must solicit the written consent of the United States and the State of New York before applying for Court approval.

Dated: March 27, 2026
        White Plains, NY

SO ORDERED:

HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE